IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RAYMOND JAMES TRUST, N.A., TRUSTEE
OF E.C. CARE TRUST, A LOUISIANA TRUST                    PLAINTIFF


v.                          CIVIL ACTION NO: 5:19-CV-103-DCB-MTP

NATCHEZ HOSPITAL COMPANY, LLC d/b/a
MERIT HEALTH NATCHEZ (NHC) formerly
d/b/a NATCHEZ REGIONAL MEDICAL
CENTER, formerly NATCHEZ COMMUNITY
HOSPITAL, L.L.C., MELISSA JONES, M.D.,
JENNIFER RUSS, M.D., DANITA WEARY, M.D.,
BONNIE VINES, R.N., LAURA USNIK, R.N.,
PATRICIA CALVIN, R.N., AND JOHN AND
JANE DOES A; B; C; D; and E                              DEFENDANTS

ORDER DENYING MOTION TO QUASH

Defendants Natchez Hospital Company, LLC d/b/a Merit Health

Natchez (NHC) formerly d/b/a Natchez Regional Medical Center,

formerly d/b/a Natchez Community Hospital, L.L.C., Bonnie Vines,

R.N., Patricia Cavin, R.N. and Laura Usnik, R.N., pursuant to

Fed. R. Civ. P. 45(d)(3)(A)(iii) and (3)(B)(i), have asked the

Court to quash the trial subpoena issued to Kevin Jeansonne,

M.D., 3704 North Boulevard, Alexandria, LA 71301, issued on June

7, 2022 on behalf of Plaintiff, Raymond James Trust, N.A.,

Trustee of E.C. Care Trust, A Louisiana Trust, and to expressly

prohibit Dr. Jeansonne from offering any testimony at trial of

1

this matter.  [ECF No. 249].  Defendant Danita Weary, M.D., has joined in the Motion to Quash. [ECF No. 252].

The Court having examined the Motion, the arguments of defendants' counsel, the record in this case, the applicable rules, and being fully advised in the premises, finds that the motion to quash the subpoena and to prohibit Dr. Jeansonne from offering any testimony at trial should be denied.  Dr. Jeansonne will be permitted to testify at trial as a treating physician, but, as the Court held in its order dated June 22, 2021 [ECF No. 204], Dr. Jeansonne is prohibited from referring to or testifying about the Second Addendum to the MRI Report dated December 15, 2020.

ACCORDINGLY,

IT IS HEREBY ORDERED AND ADUDGED that the defendants' Motion to Quash Trial Subpoena Issued to Kevin Jeansonne, M.D. [ECF No. 249] is DENIED.

SO ORDERED AND ADJUDGED this 16th day of June 2022.


                    /s/   David Bramlette
                    UNITED STATES DISTRICT JUDGE