IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RAYMOND JAMES TRUST, N.A., TRUSTEE**
**OF E.C. CARE TRUST, A LOUISIANA TRUST**                        **PLAINTIFF**

v.                                           CIVIL ACTION NO: 5:19-CV-103-DCB-MTP

**NATCHEZ HOSPITAL COMPANY, LLC d/b/a**
**MERIT HEALTH NATCHEZ (NHC) formerly**
**d/b/a NATCHEZ REGIONAL MEDICAL**
**CENTER, formerly NATCHEZ COMMUNITY**
**HOSPITAL, L.L.C., MELISSA JONES, M.D.,**
**JENNIFER RUSS, M.D., DANITA WEARY, M.D.,**
**BONNIE VINES, R.N., LAURA USNIK, R.N.,**
**PATRICIA CALVIN, R.N. AND JOHN AND**
**JANE DOES A; B; C; D; and E**                                  **DEFENDANTS**

**ORDER**

**HAVING COME BEFORE THE COURT** at the Jury Instruction Conference the Court addressed issues concerning certain demonstrative exhibits offered by the Plaintiff and how such exhibits may be used. It was agreed that the parties will exchange their opening power point presentations to each other no later than July 6, 2022, in order that any objections to the use of any slides may be addressed prior to trial.

THERFORE, IT IS ORDERED that the parties exchange their power point presentations on or before July 6, 2022.

SO ORDERED this the  8th  day of July, 2022.

                                    s/David Bramlette
                                    HON. DAVID C. BRAMLETTE III
                                    UNITED STATES DISTRICT JUDGE