```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

RAYMOND JAMES TRUST, N.A., TRUSTEE
OF E.C. CARE TRUST, A LOUISIANA TRUST                    PLAINTIFF


v.                              CIVIL ACTION NO: 5:19-CV-103-DCB-MTP

NATCHEZ HOSPITAL COMPANY, LLC d/b/a
MERIT HEALTH NATCHEZ (NHC) formerly
d/b/a NATCHEZ REGIONAL MEDICAL
CENTER, formerly NATCHEZ COMMUNITY
HOSPITAL, L.L.C., MELISSA JONES, M.D.,
JENNIFER RUSS, M.D., DANITA WEARY, M.D.,
BONNIE VINES, R.N., LAURA USNIK, R.N.,
PATRICIA CALVIN, R.N., AND JOHN AND
JANE DOES A; B; C; D; and E                              DEFENDANTS


## ORDER DENYING RULE 50 MOTION

THIS MATTER came before the Court during the trial of this case pursuant to Federal Rule of Civil Procedure 50(a) on Defendant Danita Weary, M.D.'s Motion for Judgment as a Matter of Law on all claims asserted against her.  On the morning of July 20, 2022, following the close of Plaintiff's case and before the case was submitted to the jury, counsel to Dr. Weary presented the Motion.  The Court heard the arguments of the parties, considered whether or not a reasonable jury would have a legally sufficient evidentiary basis to find for Plaintiff on

1

its claims against Dr. Weary, and concluded that the Motion should be denied.  The Court announced its ruling to the parties on July 20, 2022, and now wishes to preserve its ruling on the record with the entry of this Order.

Accordingly, Defendant Danita Weary M.D.'s Motion for Judgment as a Matter of Law Motion pursuant to Federal Rule of Civil Procedure 50(a) is DENIED.

SO ORDERED the 20th day of July 2022 and entered on the docket this the 25th day of July 2022.

                                               /s/  David Bramlette
                                           UNITED STATES DISTRICT JUDGE